# FILED
# UNDER
# SEAL

Case 2:18-cr-00151-JCM-VCF   Document 5   Filed 09/26/18   Page 2 of 7

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
### for
### the District of Nevada

---

### PETITION FOR WARRANT
### FOR OFFENDER UNDER SUPERVISION

---

Name of Offender: **Nadeem Everett**

Case Number:  **2:18CR00151**

Name of Sentencing Judicial Officer: **Honorable Claire C Cecchi**

Date of Original Sentence: **May 22, 2012**

Original Offense: **Convicted Felon in Possession of a Firearm**

Original Sentence: **41 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 7, 2017**

Date Jurisdiction Transferred to District of Nevada: **May 17, 2018**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

---

### PETITIONING THE COURT

☒ To issue a warrant.

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - **The defendant shall not commit another federal state or local crime.**

   A) On August 23, 2018, Everett committed the offense of Failure to Drive in Travel Lane, in violation of N.R.S. 484B.223.1(a), Driving without a Valid Driver's License, in violation of N.R.S. 483.550, and Violate Instruction Permit Requirements, in violation of N.R.S 483.280.

**RE: Nadeem Everett**

Prob12C
D/NV Form
Rev. March 2017

On the above-referenced date, Everett rear ended another vehicle and left the scene of the accident without exchanging any information. Everett allegedly reported to the other driver the vehicle belonged to his girlfriend's mother and he did not have the insurance information and left. Shortly after leaving the scene of this accident, Everett was involved in another accident where he crashed the same vehicle into a brick wall.

Everett was operating this vehicle without a valid driver's license.

B) On September 8, 2018, Everett committed the offense of Consume Alcohol on Premise Off/Sale Only, in violation of Las Vegas City Ordinance 10.76.010.

On the above-referenced date, Everett was observed by Las Vegas Metropolitan Police Department (LVMPD) officers walking near the area of 6th Street and Freemont carrying an open glass bottle of alcohol upon non-residential property approximately 210 feet away from an establishment which is licensed for off – sale or on – off – sale, to wit; El Cortez.

C) On September 8, 2018, Everett committed the offense of Trafficking Schedule 1 Controlled Substance, in violation of N.R.S. 453.3385.1A.

On the above-referenced date, Everett was contacted by officers with the Las Vegas Metropolitan Police Department at approximately 1:04 a.m. in the area of 6th and Fremont Street. Everett was contacted after officers observed him carrying an open glass bottle of alcohol. While officers were conducting a consent to search, a plastic bag containing five smaller baggies of a white powdery substance was discovered in Everett's right front coin pocket of his blue jeans. This substance was determined to be cocaine and weighed 5.8 grams.

2. **Shall Not Illegally Possess Controlled Substance** - **The defendant shall not illegally possess a controlled substance.**

As referenced in allegation #1C, on September 8, 2018, Everett was arrested by LVMPD for committing the offense of Trafficking Schedule 1 Controlled Substance. When contacted by LVMPD, Everett was in possession of 5.8 grams net weight of Cocaine.

3. **Must Report As Instructed** – **The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer**

On August 23, 2018, Everett was instructed to report to the probation office after being discharged from University Medical Center. Everett failed to report as instructed.

### RE: Nadeem Everett

Prob12C
D/NV Form
Rev. March 2017

4. <u>**Report Change of Residence or Employment**</u> **- The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.**

On February 7, 2018, the probation office attempted a home visit to no avail. Everett was contacted via cell phone and reported he no longer lived at that residence and moved on February 3, 2018. Everett failed to report his change of address to his probation officer within the required time period.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on <u>**September 25, 2018**</u>

Matthew S Martinez
2018.09.26 10:26:08
-07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Todd Fredlund
2018.09.25
15:43:01 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

**RE: Nadeem Everett**

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐  No Action.
X  The issuance of a warrant.
☐  The issuance of a summons.
☐  Other:

_____
Signature of Judicial Officer

 September 26, 2018

_____
Date

**RE: Nadeem Everett**

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
### UNITED STATES V. NADEEM EVERETT,  2:18CR00151

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### September 10, 2018

By way of case history, Everett was originally sentenced in the District of New Jersey to 41 months custody followed by three (3) years supervised release for committing the offense of Convicted Felon in Possession of a Firearm. On February 7, 2017, Everett commenced supervision in the District of Nevada.

As referenced in allegation #1A, on August 23, 2018, Everett committed the offense of fleeing the scene of an accident. According to LVMPD, the victim was stopped at a red light on Bonanza/Eastern when he was rear ended by Everett. Everett and the victim initially pulled into a 7-11 parking lot on the northwest corner of the intersection. Everett informed the victim the vehicle he was driving belonged to his girlfriend's mother and he did not have the insurance information, but would get it. Everett then drove off and did not return. The victim took a picture of the license plate Everett was driving.

A short time later, LVMPD responded to another vehicle accident on Eastern/Washington. The license plate and description of the driver matched Everett and the initial accident. Everett was transported to University Medical Center (UMC). While at UMC, LVMPD contacted the probation office and notified what occurred. The undersigned officer and U.S. Probation Officer Hicks responded to UMC to speak with Everett. During the course of the interview, LVMPD officers reported Everett would not be arrested, but cited. Everett was given specific instructions from the undersigned to report to the probation office once he was discharged. Everett failed to report to the probation office as instructed as referenced in allegation #3.

As referenced in allegation #1B and #2, on September 8, 2018, Everett committed the offense of Prohibited Alcohol Consumption / Open Container Possession and Trafficking a Controlled Substance – Cocaine. On this date, LVMPD officers were conducting routine patrol in the area of 6th St. and Freemont. Officers observed Everett walking eastbound on Fremont St. carrying an open glass bottle of alcohol upon non-residential property located approximately 210 feet from an establishment which is licensed for off – sale or on –off – sale, to wit; El Cortez located at 600 E. Fremont St., in violation of Las Vegas City Ordinance 10.76.010.

Officers conducted a person stop on Everett. Officers took possession of the alcohol bottle and noted it was about half full and read Hennessy very special Cognac, 40% alc. / vol., 375ml. Through their training and experience, officers knew this particular brand to be an off sale beverage only and is sold in a sealed or corked container.

Officers asked Everett if he had any knives, guns, drugs, or drug paraphernalia. Everett replied he had marijuana in his left pocket. Everett consented to a search of his person. During the search, officers discovered a plastic bag containing five smaller baggies of a white powdery

Case 2:18-cr-00151-JCM-VCF Document 5 Filed 09/26/18 Page 7 of 7

## RE: Nadeem Everett

Prob12C
D/NV Form
Rev. March 2017

substance from Everett's right front coin pocket. Through their training and experience, officers knew the substance to be cocaine. Everett was taken into custody. The substance tested ODV positive for cocaine with a weight of 5.8 grams net weight.

On September 9, 2018, Everett was release on an Own Recognizance Bond and is set for a Status Check on Filing of Criminal Complaint on October 10, 2018.

As referenced in Allegation #4, Everett failed to report his change of address to the probation office within 72 hours. On February 7, 2018, probation officers attempted to conduct a home visit with Everett to no avail. Officers called Everett who indicated he moved several days prior to another residence. Everett admitted he had not contacted the probation office prior to or within the 72 hour timeframe. As a result, Everett's conditions were modified to include 30 days home confinement with location monitoring, which he completed.

As detailed in this petition Everett has violated several conditions of his release, to include the commission of new offenses and possession of cocaine. Everett does not have steady employment and based on possessing individually wrapped bags of cocaine, it appears he is selling cocaine. Per 18 U.S.C. § 3583(g)(1), revocation is mandatory for possession of a controlled substance. As such, the probation office is respectfully requesting the issuance of a warrant to initiate revocation proceedings.

Respectfully submitted,

Matthew S Martinez
2018.09.26 10:26:31
-07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Todd Fredlund
2018.09.25
15:43:24 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer